# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ALFREDO T. GONZALEZ          Case No.: 5-17-00614-MJC
ANNETTE G. GONZALEZ          Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**     **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | CHAMPION MORTGAGE COMPANY |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 4470 Log Rd -PRE-ARREAR - 7547 |
| Property Address if applicable: | 26 LOG ROAD, , JEFFERSON TOWNSHIP, PA18436 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $26,746.55 |
| b. | Prepetition arrearages paid by the Trustee: | $26,746.55 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $26,746.55 |

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 24, 2022                              Respectfully submitted,

                                                   s/ Jack N. Zaharopoulos
                                                   Standing Chapter 13 Trustee
                                                   Suite A, 8125 Adams Drive
                                                   Hummelstown, PA  17036
                                                   Phone:  (717) 566-6097
                                                   Fax:  (717) 566-8313
                                                   eMail:  info@pamd13trustee.com

Creditor Name: CHAMPION MORTGAGE COMPANY
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1177883 | 12/05/2017 | $1,812.51 | $0.00 | $1812.51 |
| 5200 | 1180676 | 02/08/2018 | $532.95 | $0.00 | $532.95 |
| 5200 | 1180676 | 02/27/2018 | $-532.95 | $0.00 | $-532.95 |
| 5200 | 1182401 | 04/03/2018 | $1,065.90 | $0.00 | $1065.90 |
| 5200 | 1185449 | 05/15/2018 | $532.95 | $0.00 | $532.95 |
| 5200 | 1186902 | 06/07/2018 | $1,598.85 | $0.00 | $1598.85 |
| 5200 | 1188175 | 07/12/2018 | $551.65 | $0.00 | $551.65 |
| 5200 | 1190932 | 09/06/2018 | $551.65 | $0.00 | $551.65 |
| 5200 | 1192235 | 10/10/2018 | $536.68 | $0.00 | $536.68 |
| 5200 | 1193615 | 11/08/2018 | $534.38 | $0.00 | $534.38 |
| 5200 | 1194977 | 12/13/2018 | $553.00 | $0.00 | $553.00 |
| 5200 | 1196419 | 01/10/2019 | $553.00 | $0.00 | $553.00 |
| 5200 | 1197667 | 02/07/2019 | $558.60 | $0.00 | $558.60 |
| 5200 | 1198778 | 03/12/2019 | $577.22 | $0.00 | $577.22 |
| 5200 | 1200120 | 04/11/2019 | $567.91 | $0.00 | $567.91 |
| 5200 | 1201485 | 05/09/2019 | $591.18 | $0.00 | $591.18 |
| 5200 | 1202793 | 06/06/2019 | $562.31 | $0.00 | $562.31 |
| 5200 | 1204149 | 07/11/2019 | $562.31 | $0.00 | $562.31 |
| 5200 | 1205551 | 08/07/2019 | $534.38 | $0.00 | $534.38 |
| 5200 | 1206936 | 09/26/2019 | $559.64 | $0.00 | $559.64 |
| 5200 | 1209332 | 11/07/2019 | $534.60 | $0.00 | $534.60 |
| 5200 | 1212029 | 01/16/2020 | $1,301.53 | $0.00 | $1301.53 |
| 5200 | 1213389 | 02/13/2020 | $494.58 | $0.00 | $494.58 |
| 5200 | 1214697 | 03/12/2020 | $536.47 | $0.00 | $536.47 |
| 5200 | 1216011 | 04/14/2020 | $531.81 | $0.00 | $531.81 |
| 5200 | 1217179 | 05/06/2020 | $513.00 | $0.00 | $513.00 |
| 5200 | 1218126 | 06/02/2020 | $513.00 | $0.00 | $513.00 |
| 5200 | 1219122 | 07/07/2020 | $513.00 | $0.00 | $513.00 |
| 5200 | 1220193 | 08/12/2020 | $513.00 | $0.00 | $513.00 |
| 5200 | 1221235 | 09/17/2020 | $513.00 | $0.00 | $513.00 |
| 5200 | 1222281 | 10/15/2020 | $513.00 | $0.00 | $513.00 |
| 5200 | 1219122 | 10/22/2020 | $-513.00 | $0.00 | $-513.00 |
| 5200 | 1223166 | 11/03/2020 | $1,031.70 | $0.00 | $1031.70 |
| 5200 | 1224018 | 12/10/2020 | $518.70 | $0.00 | $518.70 |
| 5200 | 1225822 | 01/19/2021 | $518.70 | $0.00 | $518.70 |
| 5200 | 1226830 | 02/17/2021 | $518.70 | $0.00 | $518.70 |
| 5200 | 1227846 | 03/17/2021 | $518.70 | $0.00 | $518.70 |
| 5200 | 1228869 | 04/15/2021 | $518.70 | $0.00 | $518.70 |
| 5200 | 2000236 | 05/18/2021 | $518.70 | $0.00 | $518.70 |
| 5200 | 2001258 | 06/16/2021 | $535.80 | $0.00 | $535.80 |
| 5200 | 2002235 | 07/14/2021 | $535.80 | $0.00 | $535.80 |
| 5200 | 2003262 | 08/18/2021 | $535.80 | $0.00 | $535.80 |
| 5200 | 2004322 | 09/14/2021 | $535.80 | $0.00 | $535.80 |
| 5200 | 2005317 | 10/14/2021 | $535.80 | $0.00 | $535.80 |
| 5200 | 2006362 | 11/16/2021 | $520.41 | $0.00 | $520.41 |
| 5200 | 2007388 | 12/15/2021 | $520.41 | $0.00 | $520.41 |
| 5200 | 2010383 | 03/16/2022 | $114.72 | $0.00 | $114.72 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
    ALFREDO T. GONZALEZ                              Case No.: 5-17-00614-MJC
    ANNETTE G. GONZALEZ                           Chapter 13
          Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TIMOTHY B. FISHER, II, ESQUIRE<br>P.O. BOX 396<br>GOULDSBORO PA, 18424- | SERVED ELECTRONICALLY |
| Champion Mortgage<br>8950 CYPRESS WATERS BLVD<br>COPPELL, TX, 75019 | SERVED BY 1ST CLASS MAIL |
| ALFREDO T. GONZALEZ<br>ANNETTE G. GONZALEZ<br>26 LOG ROAD<br>JEFFERSON TOWNSHIP, PA 18436 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 24, 2022
                                        s/   Liz Joyce
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA 17036
                                        Phone: (717) 566-6097
                                        Fax: (717) 566-8313
                                        eMail: info@pamd13trustee.com