# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Annette G. Gonzalez<br>Alfredo T. Gonzalez a/k/a Alfredo Gonzalez<br>Debtor(s) | CHAPTER 13 |
| Mortgage Asset Management, LLC, its successors and/or assigns<br>Movant<br>vs. | NO. 17-00614 MJC |
| Annette G. Gonzalez<br>Alfredo T. Gonzalez a/k/a Alfredo Gonzalez<br>Debtor(s) | |
| Jack N. Zaharopoulos<br>Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Notice of Final Cure of Mortgage Asset Management, LLC, which was filed with the Court on or about **April 14, 2022 (Doc. No. 69)** as it was incorrectly docketed as an Objection to Notice of Final Cure rather than Response.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322

Dated: April 15, 2022