United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-00614-MJC
Alfredo T. Gonzalez  Chapter 13
Annette G. Gonzalez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 2
Date Rcvd: Jun 09, 2022  Form ID: fnldec  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Alfredo T. Gonzalez, Annette G. Gonzalez, 26 Log Road, Jefferson Township, PA 18436-3911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Wilmington Savings Fund Society FSB, not individually, but solely as trustee for NationstarHECM Acquisition Trust 2020-1 cwohlrab@raslg.com |
| Charles G. Wohlrab | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company cwohlrab@raslg.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Randolph Wood | on behalf of Creditor North Pocono School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| Jerome B Blank | on behalf of Creditor Wells Fargo Bank NA pamb@fedphe.com |
| Rebecca Ann Solarz | |

| | |
|---|---|
| | on behalf of Creditor Mortgage Asset Management LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | |
| | on behalf of Creditor Wilmington Savings Fund Society FSB, not individually, but solely as trustee for NationstarHECM Acquisition Trust 2020-1 bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | |
| | on behalf of Debtor 2 Annette G. Gonzalez donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | |
| | on behalf of Debtor 1 Alfredo T. Gonzalez donna.kau@pocono-lawyers.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Alfredo T. Gonzalez,<br>aka Alfredo Gonzalez, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:17−bk−00614−MJC |
| Annette G. Gonzalez, | | |
| **Debtor 2** | | |

Social Security No.:
        xxx−xx−8564        xxx−xx−0206

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 9, 2022

**fnldec** (01/22)